FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 5 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
                                       ) 2:96-CR-197-PMP
       Plaintiff, )
                                       )
vs. )
                                       )
THOMAS PAUL MCCONVILLE JR )
       Defendant. )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#13), sentencing held on January 3, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $1,810.09

Name of Payee: WELLS FARGO BANK (f.k.a FIRST INTERSTATE BANK)
Amount of Restitution: $14,152.97

**Total Amount of Restitution ordered: $15,963.06**

Dated this ___24___ day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE